[No. 11804-1-II.   Division Two.   April 12, 1989.]

GENE BALZER, *Appellant*, v. SKIPPER'S, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 86-2-07692-7, Donald H. Thompson, J., entered January 29, 1988. *Affirmed* by unpublished opinion

per Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Worswick, J.